**DISMISS and Opinion Filed November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01195-CV

### IN RE KINGMAN HOLDINGS, L.L.C., Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02434-2014**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Lang

Before the Court is relator's petition for writ of mandamus. The Court has received an order from the trial court withdrawing and dissolving its September 4, 2014 Order on Motion to Consolidate, which is the subject of the petition for writ of mandamus. A case becomes moot if a controversy ceases to exist. *In re Kellogg Brown & Root, Inc.,* 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez,* 891 S.W.2d 243, 245 (Tex. 1994) (orig. proceeding) (stating that for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought); *Dow Chem. Co. v. Garcia,* 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding) (court will not issue mandamus if it would be useless or unavailing).

With the withdrawal and dissolution of the challenged order a justiciable controversy no longer exists thereby rendering the petition for writ of mandamus moot. Accordingly, we **DISMISS** the petition for writ of mandamus.

141195F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE